

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,924-01

**EX PARTE WALTER LEE JACOBS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. W-1776682-A IN THE CRIMINAL DISTRICT COURT NO. 5
FROM DALLAS COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of murder and sentenced to twenty-five years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Jacobs v. State*, No. 05-22-00248-CR (Tex. App.—Dallas del. Aug. 31, 2023) (not designated for publication). Applicant filed this *pro se* application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, *inter alia*, that he was denied his right to seek a *pro se* petition for discretionary review through no fault of his own. The State agrees that Applicant is entitled to an out-of-time PDR, and the record supports Applicant's claim. Relief is granted. *See Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005).

Applicant may file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in cause number 05-22-00248-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate. Applicant's remaining claims are dismissed. *See Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 15, 2025
Do not publish